UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALTO DYNAMICS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>WAYFAIR LLC,<br><br>   Defendant. | Civil Action No. 1:22-cv-00829-RP |

# EXHIBIT A

## *Proposed* SCHEDULING ORDER

| Event | Proposal |
|---|---|
| Deadline for report on ADR under LR CV-88 | February 16, 2024 |
| Deadline to submit Notice Concerning Reference to United States Magistrate Judge | February 15, 2023 |
| Deadline to serve initial disclosures | February 15, 2023 |
| Deadline for written settlement offer | May 5, 2023 |
| Deadline for responding to written settlement offer | Two weeks after receipt of the initial written offer of settlement |
| Deadline for parties asserting infringement to serve patent infringement contentions | July 14, 2023 |
| Deadline for parties asserting invalidity to serve invalidity contentions | September 8, 2023 |
| Deadline for parties to concurrently exchange a list of claim terms that a party believes should be construed by the Court | October 6, 2023 |
| Deadline for parties to concurrently exchange proposed constructions | November 3, 2023 |
| Deadline to file opening claim construction briefs | December 15, 2023 |
| Deadline to file responsive claim construction briefs | January 19, 2023 |
| Claim Construction Hearing | Week of February 5, 2024 |
| Deadline to file motions to amend or supplement pleadings or join additional parties | February 16, 2024 |
| Deadline for parties to complete all fact discovery | May 10, 2024 |
| Exchange Burden of Proof Expert Reports (Fed. R. Civ. P. 26(a)(2)(B)) | June 7, 2024 |

| Event | Proposal |
|---|---|
| Exchange Rebuttal Expert Reports (Fed. R. Civ. P. 26(a)(2)(B)) | July 5, 2024 |
| Deadline for parties to complete all expert discovery | August 30, 2024 |
| Deadline for parties to file and serve dispositive motions and motions objecting to the reliability of an expert's proposed testimony under Fed. R. Evid. 702 | September 27, 2024 |
| Responses to dispositive motions and objections to the reliability of an expert's proposed testimony under Fed. R. Evid. 702 | October 25, 2024 |
| Replies in support of dispositive motions and objections to the reliability of an expert's proposed testimony under Fed. R. Evid.702 | November 15, 2024 |
| Final Pretrial Conference | TBD by Court |
| Trial | TBD by Court |